

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8591

October 17, 2018

**By Regular Mail**
Rudy A. Dermesropian
260 Madison Avenue, 15th Floor
New York, NY 10016

Re: Desouza v. Office of Children and Family Servs.
E.D.N.Y. No. 18 Civ. 2463 (PKC) (SMG)

Counsel:

This Office represents defendant Office of Children and Family Services ("OCFS" or "Defendant") in the above-referenced matter. Pursuant to Rule 3.D of the Individual Practices and Rules of the Honorable Pamela K. Chen, enclosed herewith for service are copies of (1) Defendant's Notice of Motion to Dismiss in Part; (2) Memorandum of Law in Support of Defendant's Motion to Dismiss the Second Amended Complaint in Part; and (3) Declaration of Philip M. Black in Support of Defendant's Motion to Dismiss the Second Amended Complaint in Part, dated October 16, 2018, with accompanying Exhibits A and B. Courtesy copies of these same documents are being delivered to you via email.

Sincerely,

**Philip M. Black**
*Assistant Attorney General*
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8591
Philip.Black@ag.ny.gov

Enclosures