

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8591

October 22, 2019

**By ECF**
The Honorable Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   Desouza v. Office of Children and Family Servs., et al.
           E.D.N.Y. No. 18-cv-2463-PKC-SMG

Dear Judge Gold:

    Pursuant to the Court's order of August 7, 2019 and directive during the preliminary conference on that date, the undersigned counsel for defendant Office of Children and Family Services ("OCFS") writes to arrange the telephone conference scheduled before Your Honor next Monday, October 28, 2019 at 5:00pm. The Court and parties may access the conference line by dialing 1-866-394-2346 and entering access code 226-448-9720.

    Respectfully submitted,

    **/s/ Philip M. Black**
    *Assistant Attorney General*